FILED

JUN 1 4 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

Case No. 2:19mj336
Court Date: July 8, 2019

MARK L. POMORY

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 7735054

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2019, at Dam Neck Annex, Virginia Beach,

Virginia, in the Eastern District of Virginia, the defendant, MARK L. POMORY,

did unlawfully, knowingly, and intentionally possess cocaine, a Schedule II

controlled substance.

(In violation of Title 21, United States Code, Section 844.)

COUNT TWO
(Misdemeanor)-Violation Notice No. 7735053

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2019, at Dam Neck Annex, Virginia Beach,

Virginia, in the Eastern District of Virginia, the defendant, MARK L. POMORY,

did unlawfully assault L.L.

(In violation of Title 18, United States Code, Section 113(a)(5).)

COUNT THREE
(Misdemeanor)-Violation Notice No. 7735051

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2019, at Dam Neck Annex, Virginia Beach,

Virginia, on lands acquired for the use of the United States and within the

special maritime and territorial jurisdiction thereof, in the Eastern

District of Virginia, the defendant, MARK L. POMORY, did knowingly and

willfully engage in conduct in a public place, with the intent to cause

public inconvenience, annoyance or alarm, or recklessly create a risk

thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

12   June   2019
_____
Date